655

## Sam Chandler, Appellee, v. Chicago Transit Authority, Appellant.

Gen. No. 44,677.

opinion filed May 16, 1949; rehearing denied May 27, 1949; released for publication May 27, 1949. Werner W. Schroeder, William S. Allen, Paul Denvir and Arthur J. Donovan, for appellant; Shavin & Hamilton, for appellee; Harrison L. Dod, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

## People of State of Illinois, Defendant in Error, v. Nep Douse, Jr., Plaintiff in Error.

Gen. No. 44,693.

opinion filed May 16, 1949; released for publication May 27, 1949. Temple & Wimbish, for plaintiff in error; George N. Leighton, of counsel; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher, Peter G. Kuh, and W. S. Miraslowski, Assistant State's Attorneys, of counsel. Opinion by JUSTICE NEIMEYER. Not to be published in full.